N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MOTION GRANTED.**

Entered this _30_ day of _Apl_ 20_14_

/s/

Gerald Bruce Lee
United States District Judge

**Gerald Bruce Lee**
**United States District Judge**

|  |  |
|---|---|
| DONNIE WILLIAMSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:14-cv-00035 GBL/TCB |
| LUMBER LIQUIDATORS, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, by and through counsel, being all of the Plaintiffs and Defendant in this matter, hereby stipulate to the dismissal WITH PREJUDICE of Plaintiffs' Complaint, originally filed January 14, 2014, and amended February 11, 2014, and all the claims asserted therein, each side to bear its or their own costs, expenses, and attorneys' fees.

Dated:  April 29, 2014                    Respectfully submitted,

STIPULATED AND AGREED TO BY:

/s/ Bernard J. DiMuro
Bernard J. DiMuro, Esq.
VSB #77278
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email: bdimuro@dimuro.com

/s/ Douglas P. Lobel
Douglas P. Lobel
Virginia State Bar Number 42329
David A. Vogel
Virginia State Bar Number 48971
Attorneys for Lumber Liquidators, Inc.
**COOLEY LLP**
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100
E-mail:  dlobel@cooley.com
E-mail:  dvogel@cooley.com

Jason M. Leviton
Steven P. Harte
Joel A. Fleming
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 1303
Boston, Massachusetts 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
Jason@blockesq.com
Steven@blockesq.com
Joel@blockesq.com

James J. Pizzirusso
Kristen M. Ward
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com

Adam J. Levitt
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Tel: (312) 214-0000
Fax: (312) 214-0001
alevitt@gelaw.com

Robert G. Eisler
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
reisler@gelaw.com

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market St., Suite 1380
Philadelphia, Pennsylvania 19102
Tel: (215) 564-2300
Fax: (215) 851-8029
jshub@seegerweiss.com

Jonathan P. Bach
Admitted *pro hac vice*
Gabriel Rauterberg
Admitted *pro hac vice*
Attorneys for Lumber Liquidators, Inc.
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
E-mail: jbach@cooley.com
E-mail: grauterberg @cooley.com

Michael D. Hays
Admitted *pro hac vice*
Kyle P. Reynolds
Admitted *pro hac vice*
Attorneys for Lumber Liquidators, Inc.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
E-mail: mhays@cooley.com
E-mail: kreynolds@cooley.com

*Counsel for Defendants*

Jeffrey A. Leon
Jamie E. Weiss
Grant Y. Lee
**COMPLEX LITIGATION GROUP LLC**
513 Central Avenue
Highland Park, Illinois 60035
Tel: (847) 433-4500
jeff@complexlitgroup.com

Gregory Mark Nespole
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel; (212) 545-4600
Nespole@whafh.com

*Counsel for Plaintiffs*